**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JACQUELINE O'BRIEN,

      Plaintiff,                                       CASE NO. 19-11002

                                                  HON. MARIANNE O. BATTANI

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jacqueline O'Brien brings this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of the Commissioner denying her application for Disability Insurance Benefits under the Social Security Act. The case was referred to Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b)(1)(B) to review the final decision.

The parties filed cross-motions for summary judgment. In a Report and Recommendation ("R&R") dated February 11, 2020, Magistrate Judge Grand recommended that Defendant's motion be granted and that Plaintiff's motion be denied. In his R&R, the Magistrate Judge informed the parties that objections to the R&R needed to be filed within 14 days of service and that a party's failure to file objections would waive any further right of appeal. (ECF No. 19 at 15).

Neither party filed an objection. Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal. Moreover, this Court agrees with the thorough analysis contained in the R&R.

Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation, **DENIES** Plaintiff's Motion for Summary Judgment, **GRANTS** Defendant's Motion for Summary Judgment, and **AFFIRMS** the Commissioner's decision. Plaintiff's Complaint is **DISMISSED** in its entirety.

**IT IS SO ORDERED.**

        s/Marianne O. Battani
        HON. MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

DATE: April 10, 2020